IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

VICTOR HUGH TUMBACO CHAVEZ,

        Petitioner,

    v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 08-287-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

    DATED this 26th day of January, 2011.

                      /s/ Anna J. Brown
                      ANNA J. BROWN
                      United States District Judge

P:\Brown-LawClerks\08-287chavez0126judgment.wpd